## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**ELDON LAMAR WASHINGTON,** :
    Petitioner, :
                                   :    No. 1:21-cv-211
    v. :
                                     :    (Judge Rambo)
**WARDEN OF USP-CANAAN,** :
    Respondent :

### ORDER

**AND NOW**, on this 24th day of March 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**;

2. Petitioner's motion for discovery and a telephonic hearing (Doc. No. 13) is **DENIED**; and

3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

                                   s/ Sylvia H. Rambo
                                   United States District Judge